UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

In re: MAERSK ESSEN
VOYAGE 051 SHIPPER CASES

———————————————————————x

    This Filing Relates to

ALL MATTERS

21-cv-08183
21-cv-08334
21-cv-10857
21-cv-11171
21-cv-11173
21-cv-11176
21-cv-11213
22-cv-00139
22-cv-00148
22-cv-00155
22-cv-00194
22-cv-00196
22-cv-00265
22-cv-00284
22-cv-00306
22-cv-00366
22-cv-00370
22-cv-00372
22-cv-00374
22-cv-00386
22-cv-00388
22 cv-00439
22-cv-00445
22-cv-00460
22-cv-00461
22-cv-00487
22-cv-00494
22-cv-00766
22-cv-01499

———————————————————————x

## AMENDED ORDER CONSOLIDATING CASES FOR PRETRIAL PURPOSES AND SCHEDULING ORDER

McMahon, J.:

    WHEREAS the court inadvertently omitted three cases from the list of "All Matters" that should have been encompassed by its order dated March 2, 2022;

IT IS HEREBY ORDERED, that 22-cv-00439, 22-cv-00487 and 22-cv-494 be and are added to the list of consolidated cases, and that all terms of said March 2, 2022 order shall apply to said cases.

Dated: March 4, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL