UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2022
```

In re: MAERSK ESSEN
VOYAGE 051 SHIPPER CASES

------------------------------------------------------------x

This Filing Relates to

ALL MATTERS

------------------------------------------------------------x

21-cv-08183
21-cv-08334
21-cv-10857
21-cv-11171
21-cv-11173
21-cv-11176
21-cv-11213
22-cv-00139
22-cv-00148
22-cv-00155
22-cv-00194
22-cv-00196
22-cv-00265
22-cv-00284
22-cv-00306
22-cv-00366
22-cv-00370
22-cv-00372
22-cv-00374
22-cv-00386
22-cv-00388
22 cv-00439
22-cv-00445
22-cv-00460
22-cv-00461
22-cv-00487
22-cv-00494
22-cv-00766
22-cv-01499
22 cv-02203

ORDER CONSOLIDATING TRANSFERRED CASE

McMahon, J.:

The United States District Court for the District of Minnesota has entered an order transferring a case legended Continental Insurance Co. v. C.H. Robinson International, 22-cv-02203, to this court, and it has been assigned to me as related to the Maersk Voyage 051 Shipper Cases. The Clerk is directed to add the newly-transferred case to the consolidated action. Counsel

in the new action are expected to familiarize themselves with all docket entries and to participate in the initial conference that will take place later this month.

Dated: March 18, 2022

                                                                            U.S.D.J.

BY ECF TO ALL COUNSEL