UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re: MAERSK ESSEN
VOYAGE 051 SHIPPER CASES

                                             X

This Filing Relates to

ALL MATTERS

21-cv-08183
21-cv-08334
21-cv-10857
21-cv-11171
21-cv-11173
21-cv-11176
21-cv-11213
22-cv-00139
22-cv-00148
22-cv-00155
22-cv-00194
22-cv-00196
22-cv-00265
22-cv-00284
22-cv-00306
22-cv-00366
22-cv-00370
22-cv-00372
22-cv-00374
22-cv-00386
22-cv-00388
22 cv-00439
22-cv-00445
22-cv-00460
22-cv-00461
22-cv-00487
22-cv-00494
22-cv-00766
22-cv-01499
22 cv-02203

--------------------------------------------------------------X

## NOTICE

McMahon, J.:

     A notice that the case management conference in the above-captioned matter *In re: Maersk Essen Voyage 051 Shipper Cases* will be held before Judges McMahon and Gorenstein on April 25, 2022 at 10:00 am in Courtroom 24A of the Daniel Patrick Moynihan United States Courthouse. The conference will not be adjourned.

Dated: April 22, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL