UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re: MAERSK ESSEN
VOYAGE 051 SHIPPER CASES

------------------------------------------------------------x

This Filing Relates to

ALL MATTERS

21-cv-08183
21-cv-08334
21-cv-10857
21-cv-11171
21-cv-11173
21-cv-11176
21-cv-11213
22-cv-00139
22-cv-00148
22-cv-00155
22-cv-00194
22-cv-00196
22-cv-00265
22-cv-00284
22-cv-00306
22-cv-00366
22-cv-00370
22-cv-00372
22-cv-00374
22-cv-00386
22-cv-00388
22 cv-00439
22-cv-00445
22-cv-00460
22-cv-00461
22-cv-00487
22-cv-00494
22-cv-00766
22-cv-01499
22-cv-01805
22 cv-02203
22-cv-05950

------------------------------------------------------------x

## ORDER CONSOLIDATING CASES

McMahon, J.:

     On July 27, 2022, two new cases were assigned to me as related to the Maersk Voyage 051 Shipper Cases. *Expeditors International of Washington, Inc. v. Mediterranean Shipping Company,*

*S.A.* (22-cv-01805) was reassigned to me from the Honorable Andrew L. Carter, Jr. and *Tokio Marine America Insurance Company v. Flexport International LLC* (22-cv-05950) was reassigned to me from the Honorable P. Kevin Castel.

These two cases are hereby added to the list of consolidated cases under the Master Case Number 21-cv-08183. Counsel in the new actions are expected to familiarize themselves with all docket entries, get up to speed on discovery, and participate in the scheduled status conference on September 29, 2022 at 2 P.M.

Dated: August 1, 2022

*[signature]*
U.S.D.J.

BY ECF TO ALL COUNSEL