UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022

In re: MAERSK ESSEN
VOYAGE 051 SHIPPER CASES

———————————————————————— x

This Filing Relates to

_____

ALL MATTERS

———————————————————————— x

21-cv-08183
21-cv-08334
21-cv-10857
21-cv-11171
21-cv-11173
21-cv-11176
21-cv-11213
22-cv-00139
22-cv-00148
22-cv-00155
22-cv-00194
22-cv-00196
22-cv-00265
22-cv-00284
22-cv-00306
22-cv-00366
22-cv-00370
22-cv-00372
22-cv-00374
22-cv-00386
22-cv-00388
22 cv-00439
22-cv-00445
22-cv-00460
22-cv-00461
22-cv-00487
22-cv-00494
22-cv-00766
22-cv-01499
22-cv-01805
22 cv-02203
22-cv-03160
22-cv-05950

## ORDER CONSOLIDATING CASE

McMahon, J.:

On August 2, 2022, *Affiliated FM Insurance Company et al v. Kuehne + Nagel Inc.* (22-cv-03160) was assigned to me as related to the Maersk Voyage 051 Shipper Cases. This case is hereby added to the list of consolidated cases under the Master Case Number 21-cv-08183. Counsel should familiarize themselves with the master case docket entries, get up to speed on discovery, and participate in the scheduled status conference on September 29, 2022 at 2 P.M.

Dated: August 4, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL