UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re MAERSK ESSEN Voyage 051         21 Civ. 8183 (CM)(GWG)
Shipper Cases
-----------------------------------------------------------------X
FEDERAL INSURANCE COMPANY a/s/o STYLECRAFT
HOME COLLECTION, INC.,

      Plaintiff,                          21 Civ. 11171 (CM) (GWG)

  - against –

M/V MAERSK ESSEN, her engines, tackle, boilers, etc.     **ORDER AND STIPULATION**
*In rem*, JIAMAO INTERNATIONAL SHIP LEASE                **OF DISCONTINUANCE**
COMPANY LIMITED, and MAERSK A/S, *in personam*,

      Defendants

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter be and hereby is discontinued with prejudice and without costs to either party.

Dated: New York, New York
      May 8, 2023

| | |
|---|---|
| CASEY & BARNETT LLC<br>Attorneys for Plaintiff | MONTGOMERY McCRACKEN<br>WALKER & RHOADS LLP<br>Attorneys for Defendants |
| By: *Martin Casey*<br>Martin F. Casey<br>305 Broadway, Suite 1202<br>New York, NY 10007<br>(212) 286-0225 | By: _____<br>Timothy Semenoro<br>437 Madison Avenue<br>New York, NY 10022<br>(212) 867-9500 |

SO ORDERED:

_____
United States District Judge

5/11/2023