DENNIS A. CAMMARANO, ESQ.-- 037242
CAMMARANO LAW GROUP
Attorneys for Plaintiffs,
SKECHERS USA, INC. II and STARR
INDEMNITY & LIABILITY COMPANY
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674
Email: dcammarano@camlegal.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MAERSK ESSEN VOYAGE 051 SHIPPER CASES | 1:21-cv-08183-CM-GWG (Lead Case) |
| ------------------------------------------- | **1:22-cv-00284-CM-GWG** |
| SKETCHERS USA, INC. II; STARR INDEMNITY & LIABILITY COMPANY | **STIPULATION OF DISCONTINUANCE; ORDER** [PROPOSED] |
| v. | |
| SHIPCO TRANSPORT INC.; AND MCL MULTI CONTAINER LINE, INC. d/b/a TRANSPAC CARGOLINE | |
| And any Cross- or Third-Party Action | |

It is hereby stipulated and agreed, by and between and among the undersigned, attorneys for the parties herein, SKETCHERS USA, INC. II, STARR

INDEMNITY & LIABILITY COMPANY, SHIPCO TRANSPORT INC., and MCL

MULTI CONTAINER LINE, INC. d/b/a TRANSPAC CARGOLINE, in accordance

with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the

//

//

above captioned non-lead case be and hereby discontinued in its entirety, including any crossclaims and third-party claims, with prejudice, and with each party to bear its own costs and attorney's fees.

Dated: June 30, 2023

CAMMARANO LAW GROUP

By: */S/Dennis A. Cammarano*
    Dennis A. Cammarano
    Attorneys for Plaintiffs,
    SKECHERS USA, INC. II and STARR
    INDEMNITY & LIABILITY
    COMPANY
    3536 Request for Dismissal SKECHERS063023.wpd

Dated: June 30, 2023

LAW OFFICE OF MARLO J. HITTMAN

By: */S/Marlo J. Hittman*
    Marlo J. Hittman
    Attorneys for Defendant,
    SHIPCO TRANSPORT, INC.

Dated: July 5, 2023

TISDALE & NAST LAW OFFICES, LLC

By: */S/Timothy J. Nast*
    Timothy J. Nast
    Attorneys for Defendant,
    MCL-Multi Container Line, Inc.
    d/b/a TRANSPAC CARGOLINE

IT IS SO ORDERED:

Dated: 7/11/2023

COLLEN MCMAHON
JUDGE OF THE UNITED STATES
DISTRICT COURT