UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FIRSTIME MANUFACTORY, INC. and AIR SEA
TRANSPORT (CHICAGO) INC.,

        Plaintiffs,

- against –

M/V MAERSK ESSEN, her engines, tackle, boilers, etc. *in rem*, JIAMAO INTERNATIONAL SHIP LEASE COMPANY LIMITED, MAERSK A/S/ and MSC MEDITERRANEAN SHIPPING CO., S.A., *in personan*,

        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2023

21 Civ. 08183 (CM)(GWG)

**ORDER AND STIPULATION OF DISCONTINUANCE**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter be and hereby is discontinued with prejudice and without costs to either party.

Dated: New York, New York
      July 17, 2023
      599-02

CASEY & BARNETT LLC
Attorneys for Plaintiff

By: *Martin Casey*
Martin F. Casey
305 Broadway, Suite 1202
New York, NY 10007
(212) 286-0225

MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
Attorneys for Defendant Maersk A/S

By: _____
Timothy Semenoro, Esq.
Robert E. O'Conner, Esq.
437 Madison Avenue
New York, NY 10022
(212) 867-9500

LYONS & FLOOD, LLP
Attorneys for Defendant
MSC Mediterranean Shipping
Company S.A.

BY: *[signature]*
Edward P. Flood, Esq.
The Towers, Suite 206
111 Great Neck Road
New York, NY 11021
(212) 594-2400

SO ORDERED: *[signature]*

_____
United States District Judge

9-8-2023