**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In re: MAERSK ESSEN VOYAGE 051
SHIPPER CASES,

-----------------------------------------------------------------X

    This Filing Relates to

-----------------------------------------------------------------X

    ALL MATTERS

-----------------------------------------------------------------X

21 Civ. No. 8183 (CM) (GS)
**[LEAD CASE]**

**TELEPHONE CONFERENCE**
**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Telephone Conference scheduled on **Tuesday, October 17, 2023 at 10:00 a.m.**, has been adjourned. The parties are directed to appear telephonically on **Tuesday, October 17, 2023 at 3:00 p.m.** Counsel shall join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 289 325 579#.**

    SO ORDERED.

DATED:    New York, New York
              October 17, 2023

_____
GARY STEIN
United States Magistrate Judge