DENNIS A. CAMMARANO, ESQ.-- 037242
CAMMARANO LAW GROUP
Attorneys for Plaintiffs,
STARR INDEMNITY & LIABILITY COMPANY
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674
Email: dcammarano@camlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MAERSK ESSEN VOYAGE 051 SHIPPER CASES | 1:21-cv-08183-CM-GWG (Lead Case) |
| | 1:22-cv-00265 (CM) |
| STARR INDEMNITY & LIABILITY COMPANY, v. | **STIPULATION OF DISCONTINUANCE; ORDER [PROPOSED]** |
| MEDITERRANEAN SHIPPING COMPANY S.A.; and DOES 1 through 10, inclusive, | |

It is hereby stipulated and agreed, by and between and among the undersigned, attorneys for the parties herein, STARR INDEMNITY & LIABILITY

COMPANY and MEDITERRANEAN SHIPPING COMPANY S.A., in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned non-lead case be and hereby discontinued in its entirety, with prejudice, and with each party to bear its own costs and attorney's fees.

Dated: October 24, 2023    CAMMARANO LAW GROUP

By: */S/Dennis A. Cammarano*
　　Dennis A. Cammarano
　　Attorneys for Plaintiff,
　　STARR INDEMNITY & LIABILITY
　　COMPANY
　　3536 REQUEST FOR DISMISSAL BBC 10242023

Dated: October 24, 2023    LYONS & FLOOD, LLP

By: _____
　　Jon Werner
　　Attorneys for Defendant,
　　MSC MEDITERRANEAN SHIPPING
　　COMPANY, S.A.

IT IS SO ORDERED:

Dated: _____    _____
　　　　　　　　　　　　　　COLEEN MCMAHON
　　　　　　　　　　　　　　JUDGE OF THE UNITED STATES
　　　　　　　　　　　　　　DISTRICT COURT