UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                Plaintiff,                      22 Civ. No. 4215 (CM) (GS)

      -against-                    **AMENDED PRE-SETTLEMENT CONFERENCE ORDER**

WORLDWIDE LOGISTICS LIMITED,
TOPOCEAN CONSOLIDATION
SERVICE (LOS ANGELES) INC. and
DE WELL CONTAINER SHIPPING,
INC.,

                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Wednesday, February 7, 2024 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. In accordance with the Court's February 1, 2024 Memorandum Endorsement, the Plaintiffs in Case Numbers 22cv5950 and 22cv0494 (Tokio Marine America Insurance Company, Formlabs, Inc., and Trek Bicycle Corporation), as well as Flexport International LLC and Maersk A/S, are expected to join the settlement conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 690 228 785#.**

      SO ORDERED.

DATED:    New York, New York
               February 7, 2024

                                                                                           The Honorable Gary Stein
                                                                                          United States Magistrate Judge